# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEAH CHEE WEI and TAN SUAH PIN,<br><br>Plaintiffs,<br>v.<br><br>ROCKY POINT INTERNATIONAL LLC,<br><br>Defendant. | Case No. 16-CV-1282-JPS<br><br>**ORDER** |

On May 9, 2017, Plaintiffs filed a motion pursuant to Federal Rule of Civil Procedure 21 to drop Plaintiff Tan Suah Pin as a plaintiff in this matter. (Docket #44). Both Tan Suah Pin and Plaintiff Seah Chee Wei previously served as liquidators of Traxair Drilling Partners II Pte, Ltd., on appointment by a court in Singapore. (Docket #45 at 1). Tan Suah Pin has been granted that court's leave to resign from her post as liquidator, and she has done so. *Id.* As a result, she no longer has any interest in this case. *Id.* Plaintiffs propose that Seah Chee Wei will remain as the sole plaintiff, since he continues to serve as a liquidator. *Id.* at 2.

Defendant's response to the motion was due May 30, 2017. *See* Civ. L. R. 7(b). It filed nothing in response, so the Court will treat Plaintiffs' motion as unopposed. *See id.* 7(d). Having considered the motion, and in the absence of any opposition thereto, the Court will grant it.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion to remove Plaintiff Tan Suah Pin as a plaintiff in this matter (Docket #44) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff Tan Suah Pin be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge